IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGINALD D. WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-976-GBW |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

At Wilmington, this 18th day of August 2025, having reviewed and considered Plaintiff Reginald D. Waters' *pro se* motion to appoint counsel (D.I. 18);

IT IS HEREBY ORDERED that Plaintiff's motion to appoint counsel (D.I. 18) is **DENIED** without prejudice to renew at a later stage of this case;[1]

The Honorable Gregory B. Williams
United States District Judge

---

[1] Considering all factors relevant to this early stage of the case, this Court declines to appoint Plaintiff counsel at this time. *See Montgomery v. Pinchak*, 294 F.3d 492, 499 (3d Cir. 2002); *Tabron v. Grace*, 6 F.3d 147, 155-57 (3d Cir. 1993)). This case does not involve complex legal issues, and Plaintiff has demonstrated sufficient ability to self-represent thus far. *See id.* Plaintiff's motion does not show a likelihood of substantial prejudice, warranting exercise of this Court's discretionary power to appoint counsel. *See Tabron*, 6 F.3d at 154; *see generally* 28 U.S.C. § 1915(e)(1); *Brightwell v. Lehman*, 637 F.3d 187, 192 (3d Cir. 2011).